**Order filed May 22, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO.  14-13-00168-CR

———————

**PEDRO ERNESTO UMANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1360048**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of (1) State's Exhibit 1, Statement of CD; and (2) State's Exhibit 1-A, DVD-R Defendant's redacted statement.

The clerk of the 351st District Court is directed to deliver to the Clerk of this court the original of (1) State's Exhibit 1, Statement of CD; and (2) State's Exhibit 1-A, DVD-R Defendant's redacted statement, on or before **June 2, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of (1) State's Exhibit 1, Statement of CD; and (2) State's Exhibit 1-A, DVD-R Defendant's redacted statement, to the clerk of the 351st District Court.

PER CURIAM